# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 09-1964

In re: Baycol Products Litigation

------------------------------

Melinda Torres

Appellant

v.

Bayer Corporation

Appellee

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:04-cv-04350-MJD)

---

**MANDATE**

In accordance with the opinion and judgment of 08/10/2010, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 31, 2010

Clerk, U.S. Court of Appeals, Eighth Circuit