# UNITED STATES DISTRICT COURT

### DISTRICT OF MINNESOTA

IN RE BAYCOL PRODUCTS LITIGATION
This Document Relates To:

MELINDA TORRES

V.

BAYER CORP. ET AL

**EXHIBIT AND WITNESS LIST**

Case Number: 04-4350

| PRESIDING JUDGE Michael J. Davis | PLAINTIFF'S ATTORNEY; Joe Alfred Izen, Jr. | DEFENDANT'S ATTORNEY James Mizgala |
|---|---|---|
| TRIAL DATE (S) November 16, 2011 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Birth Certificate of Nicole Hampton |
| 2 | | | | | Birth Certificate of Stephanie O'Neal |
| 3 | | | | | Last Letter from Melinda Torres to Daughters |
| 4 | | | | | Obituary of Melinda Torres |
| | | | | | |
| | | | | | |
| | | | | | |
| 1 | | | | | Witness Stephanie O'Neal, Daughter of Melinda Torres |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

# COUNTY OF LOS ANGELES • REGISTRAR-RECORDER/COUNTY CLERK

## CERTIFICATION OF VITAL RECORD

**CERTIFICATE OF LIVE BIRTH**
STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH

Local Registration District and Certificate Number: **7097-035712**

| | | |
|---|---|---|
| **THIS CHILD** | Name of Child: **Nicole LaShonda Hampton** | |
| | Sex: **Female** — Single | Date of Birth: **May 12, 1972** — Hour: **4:54 A** |
| **PLACE OF BIRTH** | **John Wesley County Hospital** | Street Address: **2826 So. Hope Street** — Inside City: **Yes** |
| | City: **Los Angeles 90007** | County: **Los Angeles** |
| **MOTHER OF CHILD** | Maiden Name: **Malinda __ Jones** | Last Name: **Brandon** — Birthplace: **Texas** |
| | Age: **21** — SSN: **559-84-____** — Race: **Negro** | Residence: **231 E. Century Blvd.** — Inside City: **Yes** |
| | Residence City: **Los Angeles 90003** | County: **Los Angeles** — State: **California** |
| **FATHER OF CHILD** | Name: **Alfred ___ Hampton** | Birthplace: **California** |
| | Age: **21** — Race: **Negro** | Occupation: **Laborer** — Industry: **Various** |
| **INFORMANT'S CERTIFICATION** | [signature] | Date: **5-17-72** |
| | Attendant: [signature] M.D. (I) | Date: **5-17-72** |
| | 2826 So. Hope Street, Los Angeles 90007 | Intern |
| **LOCAL REGISTRAR** | [signature] | **MAY 24 1972** |

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

[signature]
**CONNY B. McCORMACK**
Registrar-Recorder/County Clerk

**MAR 3 1 2003**

*190859095*

This copy not valid unless prepared on engraved ... cal and Signature of the Registrar-Recorder/County Clerk.

EXHIBIT

EXHIBIT 1

**TEXAS DEPARTMENT OF HEALTH**
**REC'D AUG 11 1969**
**BUREAU OF VITAL STATISTICS**

STATE OF TEXAS — CERTIFICATE OF BIRTH — BIRTH NO. 142-69-10293

1. PLACE OF BIRTH
   a. COUNTY: Dallas
   b. CITY OR TOWN: Dallas
   c. NAME OF HOSPITAL OR INSTITUTION: Parkland Memorial Hosp.
   d. IS PLACE OF BIRTH INSIDE CITY LIMITS? YES ☒ NO ☐

2. USUAL RESIDENCE OF MOTHER
   a. STATE: Texas
   b. COUNTY: Dallas
   c. CITY OR TOWN: Dallas
   d. STREET ADDRESS: 1420 Morrell Street
   e. IS RESIDENCE INSIDE CITY LIMITS? YES ☒ NO ☐
   f. IS RESIDENCE ON A FARM? YES ☐ NO

3. NAME: Stephanie Michelle Brandon

4. DATE OF BIRTH: [illegible]

SEX: Female   SINGLE ☒ TWIN ☐ TRIPLET ☐   1st ☐

12. MAIDEN NAME: Melinda Hope Brandon
13. COLOR OR RACE: Negro
14. AGE: 18 YEARS
15. BIRTHPLACE: Texas

INFORMANT: Melinda Brandon

19a. ATTENDANT'S SIGNATURE: Barry E. Schwartz [?]
19b. ATTENDANT'S ADDRESS: Parkland Memorial Hosp.
19c. ATTENDANT AT BIRTH: M.D. ☒  D.O. ☐  MIDWIFE ☐  OTH ☐
19d. DATE SIGNED: July 19, 1969

at 9:22 A.M.
b. REGISTRAR'S FILE NO.: 13062
20b. DATE REC'D BY LOCAL REGISTRAR: JUL 23 1969
20c. REGISTRAR'S SIGNATURE: [signature]

---

**STATE OF TEXAS**
**COUNTY OF TRAVIS**

I HEREBY CERTIFY THAT THE ABOVE IS AN EXACT PHOTOGRAPHIC COPY OF THE ORIGINAL CERTIFICATE FILED IN THE BUREAU OF VITAL STATISTICS, TEXAS DEPARTMENT OF HEALTH RESOURCE, AUSTIN, TEXAS.

ISSUED

Blumberg No. 5208    EXHIBIT 2

To Stephanie and Nicole

Only to be Open upon My death

I love you both So Very Much.

From your loving Mother



EXHIBIT
3

To my Sweet daughters - Stephanie and Nicole: If you are Reading this letter I must be already dead. I just want you and Nicole know that I loved both of you so Very much with all my heart to the Very end. I love you both even more Now Since I have die and left you both So Very along. I didn't ever want to leave either of you, but that life. I Named Diane as your legal guardian. I know She love both of you alot, and you love her as well. I just know you will be happy living with her and Derrick. I loved you both as much as I loved life itself. Both of you was my whole life My world Revolved around both of you. I'am So Sorry that I can't be with you at this moment to hold you and tell you that everything will be alright; and it will. Just think of me as Not dead, I'a just away. I love both of you and I always will - Death can't even change that. We will be together again. _Please!._ Stephanie and Nicole don't mourn my death. I don't want either of you to be set by it. You see as long as you live I'a

②alive. Please!! don't ever forget about how much I really loved both of you, with all my heart. I like for both of you if it really don't hurt to give me one last kiss please. Also promise me that you will look after each others, to love and respect, Protect, Entrusted nothing but love for each other. Stephanie and Nicole I knew days went by and I didn't kiss you or tell you that I love you and I'am sorry for that. Everything I did was for the both of you. Stephani you and Nicole was my only born and I had a special kind of love for the both of you. I loved both of you so very much. And I'am sorry that I left you both so all along to face my death. But Remember me, and love me and kept whatever memory you have of me. Please!! don't let No-One Separate you or Nicole. Live your life to the fullest. I don't know who is holding you at this moment, but I do know I have my arms around both of you. Please don't grieve for me because I lived my life the way I wanted too. Also

③ I had you and Nicole to make my life's very happy. Just having you two around I was happy - Just been your mother I tried to give you and Nicole anything you wanted. I do hope that it was not to hard on you growing-up with out your fathers. But I tried to be both to you and in the long run I hope it didn't hurt you. Because I loved both of you twice as much. I love both now more than ever before. Steph. and Nicole, I love you both. Take car and be sweet. Dieing and leaving both of you is the hardest thing I have - ever had to do in my life. It hurt. As much as it will ever hurt you. Stephanie Please!! look after your sist love her, take care of her, and Pleas be close as two sisters should.

From your
Mother
Love both of you so very much.

## Obituary

MELINDA HOPE TORRES *was born on April 5, 1951 in Waco, Texas to the late Willie B. and Clara P. Brandon. She was the fourth child and youngest daughter. Her sister Gladys preceded her in death. She spent her early years growing up in Waco, Texas.*

*In 1953 her family relocated to Dallas, Texas. She accepted Christ at an early age. In 1951 her family moved to Los Angeles, California where she attended Edison Jr. High, and in 1969 she graduated from John C. Fremont High School.*

*Melinda chose nursing as her life career, she graduated from Pacific Coast College in 1985 (along with her sister Gladys) with her nursing degree. She later became a LVN as well as a Charge Nurse.*

*Melinda was called home on April 3, 2007 at 4:15 P. M. after a lengthy illness.*

*She leaves behind to cherish her memory, her daughters Stephanie O'neal of El Mirage, Arizona and Nicole Hampton of Surprise, Arizona, her brothers, Willie Jr., Coatie, Billy Ray, and Walter Brandon all of California, two granddaughters, Dominique and Monae, five grandsons, Eric Jr., Deoncea, Marcus, Dareon, and Tadae, one son-in-law, aunts, uncles, nieces, nephews, grand-nieces, grand-nephews, her best friend since Jr. High School, Ms. Dorothy McZeal, her god daughter, Tonette Larson, many other relatives and friends.*

Melinda will be greatly missed
but she's now resting in peace
with no pain

## Order of Service

Processional .................... Minister & Fami
Selection ........................ Lynda Holme
Scripture ........................ Rhonda Colle
Prayer ........................... Ministe
Acknowledgements
Obituary ......................... Marcus Brook
Selection ........................ Lynda Holme
Poem ............................ Monae Hartsfiel
Remarks .............. (Two Minutes Each Please
Obituary ......................... Marcus Brook
Eulogy ................. Pastor John E. Tunstal
Parting View
Recessional

Interment
Abbey Memorial Park
1515 East Compton Boulevard - Compton, California

APPRECIATION, *Stephanie and Nicole would like to express their thanks to all of you who sent cards, placed a call to eithei of us or you lifted us up in your prayers. To all of you, thanks for being there when we really needed you, and even though ou) mom is now resting in heaven, her memory will live on forever.*
*Nicole, Stephanie and Families*

EXHIBIT
4

### Active Pallbearers

| | |
|---|---|
| Jacques Nicholson | Cameron Brandon |
| Coatie Brandon | Andre Nettles |
| Walter Brandon | Richard Colley |

### Honorary Pallbearers

| | |
|---|---|
| Eric O'Neal, Jr. | Deoncea O'Neal |
| Leonard Thompson | Jimmy Dawn |
| Ronald Taylor | Billy Ray Brandon |

### To Those I Love And To Those Who Love Me

When I am gone, release me, let me go.
I have so many things to see and do,
You mustn't tie yourself to me with tears,
Be happy that we had so many years
I gave you my love, you can only guess
How much you gave me in happiness
I thank you for the love you each have shown
But now its time, I must travel alone.
So grieve a while for me if grieve you must,
Then let your grief be comforted by trust.
Its only for a while that we must part,
So bless the memories within your heart
I wont be far away for life goes on,
So if you need me call and I will come.
Though you can't see or touch me I'll be near.
And if you listen to your heart you'll hear,
All my love around you soft and clear
And then when you must come this way alone
I'll greet you with a smile, and say WELCOME HOME.

*Stephanie, Nicole, Dominique, Monae*

---

**Funeral Directors**
**Ashley Grigsby Mortuary - FD#586**
9920 South Central - Los Angeles, California 90002
James D. Abernathy, President #1624
Betty Edwards, Operations
Phone - 323-567-7728

*Programs By Leatha "Faith" 323-587-1897*

---

### In Loving Memory of
# Melinda Hope Torres

Sunrise: April 5, 1951 - Sunset: April 3, 2007



Friday, 13, 2007 - 10:00 A. M.
**Abundant Life Christian Church**
3500 South Normandie Avenue
Los Angeles, California
Pastor John E. Tunstall, Officiant