AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Nicole Hampton, Stephanie O'Neal

V.

Bayer Corporation

**JUDGMENT IN A CIVIL CASE**

Case Number: 04-4350 MJD/SER

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendants' Motion to Dismiss is GRANTED. This action is DISMISSED WITH PREJUDICE.

| December 18, 2012 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/A. Linner |
| | (By) A. Linner  Deputy Clerk |